United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 19, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60826

RONALD DALE RICHARDSON,

Plaintiff - Appellant,

versus

NEW CENTURY MORTGAGE CORP; BARRY HUNT, JR, doing business as
United Mortgage Desoto and Equity Title & Escrow Company of
Memphis LLC; EQUITY TITLE & ESCROW COMPANY OF MEMPHIS LLC,

Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi
Case No. 2:03-CV-372

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of

the briefs and pertinent portions of the record.  Appellant raises

no significant arguments or factual or legal issues that he did not

raise in the district court.  Having done so, we find no reversible

error of fact or law and affirm for essentially the reasons stated

in the comprehensive opinion of the district court.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.